B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Connecticut

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**HLS Kitchen, LLC d/b/a Georgetown Saloon** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1576865** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8 Main Street**<br>**Georgetown, CT**<br>ZIP Code **06829** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HLS Kitchen, LLC d/b/a Georgetown Saloon** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HLS Kitchen, LLC d/b/a Georgetown Saloon** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ James G. Verrillo**
Signature of Attorney for Debtor(s)

**James G. Verrillo ct08819**
Printed Name of Attorney for Debtor(s)

**Zeisler & Zeisler, P.C.**
Firm Name

**558 Clinton Avenue**
**Bridgeport, CT 06605**

Address

**(203) 368-4234  Fax: (203) 367-9678**
Telephone Number

**June  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Nancy Silverman**
Signature of Authorized Individual

**Nancy Silverman**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**June  3, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **HLS Kitchen, LLC d/b/a Georgetown Saloon**               Case No. _____
                              Debtor(s)                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **First Niagara**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 28 Buffalo**<br>**New York, NY 14240-0028** | **First Niagara**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 28 Buffalo**<br>**New York, NY 14240-0028** | | | **71,254.08** |
| **Fairfield County Bank**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**Small Business Lending**<br>**150 Danbury Road**<br>**Ridgfield, CT 06877** | **Fairfield County Bank**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**Small Business Lending**<br>**Ridgfield, CT 06877** | | | **50,000.00**<br><br>**(0.00 secured)** |
| **Town of Redding Tax Collecter**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 1061**<br>**Redding, CT 06875-1061** | **Town of Redding Tax Collecter**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 1061**<br>**Redding, CT 06875-1061** | | | **48,000.00** |
| **Town of Redding Sewer**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 1061**<br>**Redding, CT 06875-1061** | **Town of Redding Sewer**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 1061**<br>**Redding, CT 06875-1061** | | | **30,000.00** |
| **Chase Credit Card**<br>**Attn: Pres, Gen Prt or Mng Mbr** | **Chase Credit Card**<br>**Attn: Pres, Gen Prt or Mng Mbr** | | | **28,000.00** |
| **Fairfield County Bank**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**Small Business Lending**<br>**150 Danbury Road**<br>**Ridgfield, CT 06877** | **Fairfield County Bank**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**Small Business Lending**<br>**Ridgfield, CT 06877** | | | **22,191.92**<br><br>**(0.00 secured)** |
| **City Line Distributors**<br>**Lawrence Legenz Esq**<br>**785 Farmington Avenue**<br>**Kensington, CT 06037** | **City Line Distributors**<br>**Lawrence Legenz Esq**<br>**785 Farmington Avenue**<br>**Kensington, CT 06037** | | | **8,583.96** |

B4 (Official Form 4) (12/07) - Cont.

In re  **HLS Kitchen, LLC d/b/a Georgetown Saloon**                                  Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jeraci Foods**<br>Attn: Pres, Gen Prt or Mng Mbr<br>90 Fairview Park Drive<br>Elmsford, NY 10523 | **Jeraci Foods**<br>Attn: Pres, Gen Prt or Mng Mbr<br>90 Fairview Park Drive<br>Elmsford, NY 10523 | | | **8,028.50** |
| **Riviera Produce**<br>Michael Liquori<br>James Stevens & Daniels<br>1283 College Park Drive<br>Dover, DE 19904 | **Riviera Produce**<br>Michael Liquori<br>James Stevens & Daniels<br>Dover, DE 19904 | | | **6,000.00** |
| **Spinelli Brothers**<br>Attn: Pres, Gen Prt or Mng Mbr<br>508 Glenbrook Road<br>Stamford, CT 06906 | **Spinelli Brothers**<br>Attn: Pres, Gen Prt or Mng Mbr<br>508 Glenbrook Road<br>Stamford, CT 06906 | | | **4,928.95** |
| **Sysco**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 4003<br>Rocky Hill, CT 06067 | **Sysco**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 4003<br>Rocky Hill, CT 06067 | | | **4,655.35** |
| **CL&P**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 150493<br>Hartford, CT 06115-0493 | **CL&P**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 150493<br>Hartford, CT 06115-0493 | | | **3,500.00** |
| **Spectrum Systems**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 637<br>Ridgefield, CT 06877 | **Spectrum Systems**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 637<br>Ridgefield, CT 06877 | | | **3,500.00** |
| **Star Distributor**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 1200<br>New Haven, CT 06505 | **Star Distributor**<br>Attn: Pres, Gen Prt or Mng Mbr<br>PO Box 1200<br>New Haven, CT 06505 | | | **3,382.91** |
| **Hocon Gas**<br>Philip Monaga<br>61 Holmes Avenue<br>Waterbury, CT 06722 | **Hocon Gas**<br>Philip Monaga<br>61 Holmes Avenue<br>Waterbury, CT 06722 | | | **3,275.00** |
| **Hallick Insurance**<br>Attn: Pres, Gen Prt or Mng Mbr<br>63 Old Barnabas Road<br>Woodbridge, CT 06525 | **Hallick Insurance**<br>Attn: Pres, Gen Prt or Mng Mbr<br>63 Old Barnabas Road<br>Woodbridge, CT 06525 | | | **3,100.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **HLS Kitchen, LLC d/b/a Georgetown Saloon**  
                  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Valpac**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 332**<br>**261 S Main Street**<br>**Newtown, CT 06470** | **Valpac**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 332**<br>**Newtown, CT 06470** | | | **2,860.00** |
| **Mom and PoP**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**20 Union Ave**<br>**Bridgeport, CT 06607** | **Mom and PoP**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**20 Union Ave**<br>**Bridgeport, CT 06607** | | | **2,500.00** |
| **Leahy Fuel and Gas**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**130 White Street**<br>**PO Box 130**<br>**Danbury, CT 06813** | **Leahy Fuel and Gas**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**130 White Street**<br>**Danbury, CT 06813** | | | **2,500.00** |
| **Economy Oil Consortium**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 2030**<br>**Westport, CT 06880** | **Economy Oil Consortium**<br>**Attn: Pres, Gen Prt or Mng Mbr**<br>**PO Box 2030**<br>**Westport, CT 06880** | | | **2,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 3, 2011**     Signature   **/s/ Nancy Silverman**  
                                                                  **Nancy Silverman**  
                                                                  **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Internal Revenue Services
Department of the Treasury
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114-0326


State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Accurate Lock
Attn: Pres, Gen Prt or Mng Mbr
256 White Street
Danbury, CT 06810


Ahold Financial Service
Attn: Pres, Gen Prt or Mng Mbr
PO Box 55841
Boston, MA 02205


All About Bats and Wildlife
Attn: Pres, Gen Prt or Mng Mbr
American Profit Recovery
34405 W 12 Mile Rd, Ste 379
Farmington Hills, MI 48331


Altel Sysrtems
Attn: Pres, Gen Prt or Mng Mbr
601 North Main St
Brewster, NY 10501


Amerigas
Attn: Pres, Gen Prt or Mng Mbr
400 Eagles Nest Road
Ste B
Bridgeport, CT 06607


Ancona's Market
Attn: Pres, Gen Prt or Mng Mbr
720 Brancville Road
Ridgefield, CT 06877

```
Apollo X
Attn: Pres, Gen Prt or Mng Mbr
Transworld System
PO Box 4903
Trenton, NJ 08650-4903


Aquarion Water Co of CT
Attn: Pres, Gen Prt or Mng Mbr
PO Box 10010
Lewiston, ME 04243


Ascap
Attn: Pres, Gen Prt or Mng Mbr
PO Box 331608-7515
Nashville, TN 37203


ATT
Attn: Pres, Gen Prt or Mng Mbr
PO Box 8110
Aurora, IL 60507-8110


Atwell & Sons
Attn: Pres, Gen Prt or Mng Mbr
32 Eden Hill Road
Newtown, CT 06470


Auto-Chlor Systems
Attn: Pres, Gen Prt or Mng Mbr
102 Wooster Street
Bethel, CT 06801


Beltram
Attn: Pres, Gen Prt or Mng Mbr
865 Sherman Avenue
Hamden, CT 06514


BMI
Attn: Pres, Gen Prt or Mng Mbr
PO Box 406741
Atlanta, GA 30384-6741


Brescome
Attn: Pres, Gen Prt or Mng Mbr
69 Defco Park Road
North Haven, CT 06473
```

```
Brooks Community Newspaper
Attn: Pres, Gen Prt or Mng Mbr
542 Westport Ave
Norwalk, CT 06851


Cablevision
Attn: Pres, Gen Prt or Mng Mbr
1111 Steard Avenue
Bethpage, NY 11714-3581


Capitol One Credit Card
Attn: Pres, Gen Prt or Mng Mbr


Cartridge World
Attn: Pres, Gen Prt or Mng Mbr
247 Connecticut Ave
Norwalk, CT 06854


Cerreta Waste
Attn: Pres, Gen Prt or Mng Mbr
54 Danbury Road
# 419
Ridgefield, CT 06877


Chase Credit Card
Attn: Pres, Gen Prt or Mng Mbr


Chiliy Bears
Attn: Pres, Gen Prt or Mng Mbr
6 Brook Road
Needham, MA 02494


City Line Distributors
Lawrence Legenz Esq
785 Farmington Avenue
Kensington, CT 06037


CL&P
Attn: Pres, Gen Prt or Mng Mbr
PO Box 150493
Hartford, CT 06115-0493
```

```
Cohen and wolf
Attn: Pres, Gen Prt or Mng Mbr
1115 Broad Street
PO Box 1821
Bridgeport, CT 06601-1821


Connecticut Dist
Attn: Pres, Gen Prt or Mng Mbr
333 Lordship Blvd
Stratford, CT 06615


Connecticut Pest
Attn: Pres, Gen Prt or Mng Mbr
P.O. Box 422
West Haven, CT 06516


Costco
Attn: Pres, Gen Prt or Mng Mbr


CT Dept of Labor
Attn: Pres, Gen Prt or Mng Mbr
350 Fairfield Ave
Room 602
Bridgeport, CT 06604


Deluca Hardware
Attn: Pres, Gen Prt or Mng Mbr
Deluca Center - Georgetown
991 Danbury Road
Wilton, CT 06897


Dichello Dist
Attn: Pres, Gen Prt or Mng Mbr
55 Marsh Hill Road
PO Box 562
Orange, CT 06477


DUI
Attn: Pres, Gen Prt or Mng Mbr
372 Ely Ave
Norwalk, CT 06854


Economy Oil Consortium
Attn: Pres, Gen Prt or Mng Mbr
PO Box 2030
Westport, CT 06880
```

```
Eder Bros
Attn: Pres, Gen Prt or Mng Mbr
11 Eder Road
West Haven, CT 06516


Equale & Cirone
Attn: Pres, Gen Prt or Mng Mbr
103 Newtown Road
Suite 1a
Danbury, CT 06810


Events
Attn: Pres, Gen Prt or Mng Mbr
2 Main Street
Georgetown, CT 06829


Fairfield County Bank
Attn: Pres, Gen Prt or Mng Mbr
Small Business Lending
150 Danbury Road
Ridgfield, CT 06877


Fairfield Weekly
Attn: Pres, Gen Prt or Mng Mbr
New Mass Media
285 Broad Street
Hartford, CT 06115


Farmers Pride
Attn: Pres, Gen Prt or Mng Mbr


Fire Control Service
Attn: Pres, Gen Prt or Mng Mbr
221 Danbury Road
New Milford, CT 06776


First Niagara
Attn: Pres, Gen Prt or Mng Mbr
PO Box 28 Buffalo
New York, NY 14240-0028


Fischer and Miller
Attn: Pres, Gen Prt or Mng Mbr
85 Westmoreland Ave
White Plains, NY 10606
```

```
Globe Eqiupment
Attn: Pres, Gen Prt or Mng Mbr
300 Dewey Street
Bridgeport, CT 06605


Hallick Insurance
Attn: Pres, Gen Prt or Mng Mbr
63 Old Barnabas Road
Woodbridge, CT 06525


Hartley and Parker
Attn: Pres, Gen Prt or Mng Mbr
100 Browing Street
Stratford, CT 06615


Hocon Gas
Philip Monaga
61 Holmes Avenue
Waterbury, CT 06722


Housatonic Paper
Attn: Pres, Gen Prt or Mng Mbr
74 Goodsell St
PO Box 147
Bridgeport, CT 06601


Independent Insurance
Attn: Pres, Gen Prt or Mng Mbr
PO Box 907
Lyndhurst, NJ 07071


Inderive Ahluwahia
55 Herman Lane
Easton, CT 06612


Internal Revenue Services
135 High Street
Hartford, CT 06103


Java Distributors
Attn: Pres, Gen Prt or Mng Mbr
Knowles Landing
Middle Haddam, CT 06456
```

```
Jeraci Foods
Attn: Pres, Gen Prt or Mng Mbr
90 Fairview Park Drive
Elmsford, NY 10523


Leahy Fuel and Gas
Attn: Pres, Gen Prt or Mng Mbr
130 White Street
PO Box 130
Danbury, CT 06813


Main Street Meats
Attn: Pres, Gen Prt or Mng Mbr
210 Main Street
Farmingdale, NY 11735


Mom and PoP
Attn: Pres, Gen Prt or Mng Mbr
20 Union Ave
Bridgeport, CT 06607


Muzak
Attn: Pres, Gen Prt or Mng Mbr
3318 Lakemont Blvd
Fort Mill, SC 29708


Nancy Silverman
55 Herman Lane
Easton, CT 06612


New Alliance Bank
Attn: Pres, Gen Prt or Mng Mbr
195 Church Street
New Haven, CT 06510


News Times
Attn: Pres, Gen Prt or Mng Mbr
Comm Nwsppr Grp Danbury Adv
PO Box 33775
Hartford, CT 06150-3775


Pane D'Oroa
Attn: Pres, Gen Prt or Mng Mbr
166 Ludlow St
Yonkers, NY 10705
```

Pauls Prosperous Printing
Attn: Pres, Gen Prt or Mng Mbr
35 Danbury Road
Suite 4
Wilton, CT 06897


Pete Hornik
145 Westvill Ave
Danbury, CT 06811


Phoenix Propane
Attn: Pres, Gen Prt or Mng Mbr
PO Box 540
Oxford, CT 06478


Restaurant Depot
Attn: Pres, Gen Prt or Mng Mbr
181 Marsh Hill Road
Orange, CT 06477


Ridgefield Chamber of Commerce
Attn: Pres, Gen Prt or Mng Mbr
9 Bailey Ave
Ridgefield, CT 06877


Riviera Produce
Michael Liquori
James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904


RWV
Attn: Pres, Gen Prt or Mng Mbr
73 Redding Road
PO Box 450
Georgetown, CT 06829-0450


Sesac
Attn: Pres, Gen Prt or Mng Mbr
Comm Credit & Recovery Corp
100 Garden City Pl, Ste 222
Garden City, NY 11530


Spectrum Systems
Attn: Pres, Gen Prt or Mng Mbr
PO Box 637
Ridgefield, CT 06877

Spice Mill
Attn: Pres, Gen Prt or Mng Mbr
191 Adams St
Manchester, CT 06042


Spinelli Brothers
Attn: Pres, Gen Prt or Mng Mbr
508 Glenbrook Road
Stamford, CT 06906


Star Distributor
Attn: Pres, Gen Prt or Mng Mbr
PO Box 1200
New Haven, CT 06505


State of CT - Dept of Labor
Employment Security Division
Delinquent Accts Unit
200 Folly Brook Blvd.
Wethersfield, CT 06109


State of CT Dept of Labor
Employment Security Div.
PO Box 2940
Hartford, CT 06104-2940


Strategic Funding Source, Inc.
Attn: Pres, Gen Prt or Mng Mbr
1501 Broadway
Suite 360
New York, NY 10036


Sunflower Web Desing
Attn: Pres, Gen Prt or Mng Mbr
PO Box 4
Poquonock, CT 06064


Sysco
Attn: Pres, Gen Prt or Mng Mbr
PO Box 4003
Rocky Hill, CT 06067


Taylor Rental
Attn: Pres, Gen Prt or Mng Mbr
378 Danbury Road
Wilton, CT 06897

```
That s Great News
Attn: Pres, Gen Prt or Mng Mbr
908 S Meriden Rd
Cheshire, CT 06410


Town of Redding Sewer
Attn: Pres, Gen Prt or Mng Mbr
PO Box 1061
Redding, CT 06875-1061


Town of Redding Tax Collecter
Attn: Pres, Gen Prt or Mng Mbr
PO Box 1061
Redding, CT 06875-1061


Trans Clean
Attn: Pres, Gen Prt or Mng Mbr
45 Mayfair Place
Stratford, CT 06615


Trimark
Attn: Pres, Gen Prt or Mng Mbr
PO Box 3505
S. Attleboro, MA 02703-0057


Urbani Truffles
Attn: Pres, Gen Prt or Mng Mbr
10 West End Ave
New York, NY 10023


Valpac
Attn: Pres, Gen Prt or Mng Mbr
PO Box 332
261 S Main Street
Newtown, CT 06470


Westport Fish
Attn: Pres, Gen Prt or Mng Mbr
288 Knowlton Street
Bridgeport, CT 06608


Yankee Linen
Attn: Pres, Gen Prt or Mng Mbr
Muller Park Bld
7 Muller Avenue
Norwalk, CT 06851
```